

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-10-2008

# In Re: Alfred Flowers

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4657

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"In Re: Alfred Flowers " (2008). *2008 Decisions.* Paper 1464.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1464

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BLD-101                                                                                NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-4657
_____

IN RE: ALFRED FLOWERS,

                                                              Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to 07-cv-02035)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 10, 2008

Before: MCKEE, RENDELL and SMITH, Circuit Judges

(Opinion filed:  March 10, 2008)
_____

OPINION
_____

PER CURIAM

        Pro se petitioner Alfred Flowers is confined at FCI Fairton in New Jersey.

On April 19, 2007, he filed a complaint, and, subsequently, furnished the District Court

with copies of a summons and civil complaint for service upon each defendant in the

action.   After a few months of inactivity in the District Court, Flowers filed the instant

petition for a writ of mandamus to compel the court to order the clerk to serve the

summons and complaint to each defendant.  However, on January 2, 2008, the District

Court issued an order directing that service of process be initiated upon the defendants. On January 3, 2008, the Clerk issued copies of the summons and complaint to each defendant. Because Flowers has now received the relief he sought in filing his mandamus petition, we will deny his mandamus petition as moot.